# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>Case No. 1:18-op-45274-DAP<br><br>TARRANT COUNTY,<br><br>           Plaintiff,<br><br>   vs.<br><br>PURDUE PHARMA, L.P., ET AL.,<br><br>           Defendants. | MDL No. 2804<br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## **DEFENDANT ALBERTSONS' CORPORATE DISCLOSURE STATEMENT**

Defendants Albertsons Companies, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drugs, LP, and United Supermarkets, LLC (collectively "Albertsons"), by and through their counsel, Francis A. Citera, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 3.13(b) of the Local Rules of Procedure for the Northern District of Ohio, submit this Corporate Disclosure Statement:

Albertsons Companies, Inc. is a publicly held corporation. Albertson's LLC is a Delaware limited liability company and an indirect wholly-owned subsidiary of Albertsons Companies, Inc. Safeway Inc. is a Delaware corporation and a wholly-owned subsidiary of Albertsons Companies, Inc. Randall's Food & Drugs, LP is a Delaware limited partnership and an indirect wholly-owned subsidiary of Albertsons Companies, Inc. United Supermarkets, LLC is a Texas limited liability corporation and an indirect wholly-owned subsidiary of Albertsons Companies, Inc.

Dated:  October 11, 2023

Respectfully Submitted,

By: <u>*/s/ Francis A. Citera*</u>
One of Defendants' Attorneys

Francis A. Citera
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com

*Counsel for Albertsons Companies, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drugs, LP, and United Supermarkets, LLC*

## CERTIFICATE OF SERVICE

    I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing Defendant Albertsons' Corporate Disclosure Statement, to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 11th Day of October, 2023.

    */s/ Francis A. Citera*