**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **COUNTY OF TARRANT,**<br>***Plaintiff,***<br>**v.**<br>**ALBERTSONS COMPANIES INC., *et al,***<br>***Defendants.*** | **Case No. 3:25-cv-01545-N** |

**NOTICE OF APPEARANCE OF GREGORY FRANKLIN**

**PLEASE TAKE NOTICE** that Gregory Franklin with the law firm of Greenberg Traurig, LLP enters his appearance as counsel on behalf of Defendants Albertsons Companies, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, LP, and United Supermarkets, LLC and requests that copies of all notices, motions, and other filings be directed to the following address:

Gregory Franklin
State Bar No. 24096997
Gregory.Franklin@gtlaw.com
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Fax: (214) 665-3601

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Gregory Franklin
Gregory Franklin
State Bar No. 24096997
Gregory.Franklin@gtlaw.com
2200 Ross Avenue
Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Fax: (214) 665-3601

***Counsel for Defendants Albertsons Companies, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, LP, and United Supermarkets, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all parties via the Court's CM/ECF System on this the 26th day of June, 2025.

/s/ Gregory Franklin
Gregory Franklin